J-A04012-20

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

IN THE INTEREST OF: K.K.K.-W., A     :    IN THE SUPERIOR COURT OF
MINOR APPEAL OF R.G. AND E.G.,     :        PENNSYLVANIA
KINSHIP PARENTS                :
                                  :
                                  :
                                  :
                                  :
                                  :
                                  :    No. 1891 EDA 2019

Appeal from the Order Entered June 5, 2019
in the Court of Common Pleas of Philadelphia County
Juvenile Division at No(s): CP-51-AP-0000831-2016

BEFORE:   PANELLA, P.J., STRASSBURGER, J.* and COLINS, J.*

CONCURRING MEMORANDUM BY STRASSBURGER, J.:**FILED APRIL 20, 2020**

I join the learned Majority. Had I been the trial judge, I might well have reached the opposite result. However, given this Court's highly deferential standard of review, I am constrained to affirm.

Judge Colins joins this concurring memorandum.

---

* Retired Senior Judge assigned to the Superior Court.